HELEN E. EDWARDS, Respondent, v. THE SCHOHARIE COUNTY NATIONAL BANK AND WILLIAM C. LAMONT, Receiver, etc., Impleaded, etc., Appellants.

(Argued March 20, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made the first Tuesday of February, 1888, which affirmed a judgment in favor of plaintiff, entered on the report of a referee.

*E. Countryman* for appellants.

*Nathaniel C. Moak* for respondent.

Agree to affirm; no opinion.
All concur, except POTTER and PARKER, JJ., not sitting.
Judgment affirmed.

---

EDMUND R. MORSE, Respondent, v. GEORGE H. MORRISON, Appellant.

(Submitted March 27, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 5, 1886, which affirmed a judgment in favor of plaintiff, entered on a verdict.

*Robert Sewell* for appellant.

*John J. Thomasson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.